UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9334-GW-RAOx | Date | July 25, 2023 |
|---|---|---|---|
| Title | *Bruce McIver v. Healthcare Collections - I, LLC, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on July 24, 2023. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed by September 22, 2023. The Court sets an order to show re: settlement hearing for September 25, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on September 22, 2023.

:

Initials of Preparer   JG