UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| BRUCE MCIVER, | **Case No.:** 2:22-cv-09334-GW-RAO |
|---|---|
| Plaintiff, | *HON. GEORGE H. WU*<br>*HON. MAG. ROZELLA A. OLIVER* |
| v. | **ORDER OF DISMISSAL AS TO DEFENDANTS HEALTHCARE COLLECTIONS - I LLC PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| HEALTHCARE COLLECTIONS - I LLC AND EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

# ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT all claims and causes of action be dismissed WITH prejudice as to Defendants HEALTHCARE COLLECTIONS - I LLC, only, with each party bearing that party's own attorneys' fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order. The Clerk is directed to close the file.

*/s/ George H. Wu*
_____
HON. GEORGE H. WU
United States District Judge

Dated: August 28, 2023